No. 72–6770. DORROUGH v. UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT;

No. 72–6771. CHACON v. NELSON, WARDEN;

No. 72–6821. HAYES v. TEHAN, CHIEF JUDGE, U. S. DISTRICT COURT, ET AL.;

No. 72–6839. MAGHE v. GUARINO, JUDGE;

No. 72–6881. DUN LEAVAY v. PIERCE, U. S. DISTRICT JUDGE;

No. 72–6886. CARY v. UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT ET AL.;

No. 72–6890. DUN LEAVAY v. DUFFY, U. S. DISTRICT JUDGE;

No. 72–6895. DUN LEAVAY v. LIVINGSTON, CLERK, U. S. DISTRICT COURT; and

No. 72–6929. DIGGS v. KLINE, CLERK, U. S. COURT OF APPEALS, ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 72–6996. MCLAUGHLIN ET AL. v. NEW YORK. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 73–28. WHITSON v. AGNEW, VICE PRESIDENT OF THE UNITED STATES, ET AL. Motion for leave to file petition for writ of quo warranto denied.

No. 72–6747. DUN LEAVAY v. FRIENDLY, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 72–1557. SPEIGHT, T/A HAREM BOOK STORE, ET AL. v. SLATON ET AL. Appeal from D. C. N. D. Ga. Probable jurisdiction noted.

No. 72–1690. SPENCE v. WASHINGTON. Appeal from Sup. Ct. Wash. Probable jurisdiction noted.